JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAL-PERL UPLAND 5, L.P., a Delaware limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-01754-RGK-KK<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

1  After consideration of the Joint Stipulation for Dismissal of the entire action
2  with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Cal-Perl Upland
3  5, L.P., ("Defendant"), the Court hereby enters a dismissal with prejudice of
4  
5  Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall
6  bear his or its own costs and attorneys' fees.
7  
8  IT IS SO ORDERED.
9  
10 DATED:  April 14, 2021         *[signature: Gary Klausner]*
11                                 _____
12                                 UNITED STATES DISTRICT JUDGE